# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jim Lupient Company<br>d/b/a Lupient Infiniti of Golden Valley,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Nissan North America, Inc.,<br>　　　　　Defendant. | Civil No. 18-cv-3474 (MJD/TNL)<br><br><br><br><br>ORDER |

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 28, 2019 [Doc. No. 46] recommending that Plaintiff's motion to strike Defendant's defenses be denied. No objections have been filed within the time permitted.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Defendant's Defenses [Doc. No. 26] is **DENIED.**

Date:　July 30, 2019　　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　United States District Court